AO 91
Rev. 11/82

ORIGINAL

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>BUFORD O. FURROW | DOCKET NO. 99-1865M<br><br>MAGISTRATE'S CASE NO.<br>99- |

FILED
BY DEPUTY
AUG 11 1999
LG
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Complaint for violation of Title 18, United States Code §§ 1114 and 922(g)

| NAME OF MAGISTRATE JUDGE | UNITED STATES MAGISTRATE JUDGE | LOCATION |
|---|---|---|
| CAROLYN TURCHIN | | Los Angeles, CA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| August 10, 1999 | Los Angeles County | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT ONE - 18 U.S.C. § 1114

On August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O. FURROW willfully, deliberately, maliciously, and with premeditation and malice aforethought killed Joseph Santos Ileto, a United States Postal Service carrier, who was engaged in the performance of his official duties.

COUNT TWO - 18 U.S.C § 922(g)

On August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O. FURROW, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely assault in the second degree, in violation of RCW 9A.36.021(1)(C) in the Superior Court of Washington for King County, on May 21, 1999, knowingly possessed a firearm, namely, a Glock model 26 9mm handgun, serial no. BSM901, in and affecting commerce.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| | |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>MICHAEL P. DELANY *Michael P. Delaney*<br><br>OFFICIAL TITLE<br>Postal Inspector, United States Postal Inspection Service |

ENTER ON ICMS
AUG 13 1999

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE |
|---|---|
| *Carolyn Turchin* | 5:45 p.m.<br>August 11, 1999 |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

MT:sa REC: Detention

MT

1

A F F I D A V I T

I, Michael P. Delany, being duly sworn, hereby depose and say:

1. I am a Postal Inspector with the United States Postal Inspection Service and have been so employed for 12 years. I am the team leader for the Major Crimes Team responsible for investigating postal-related robberies, bombs and serious assaults.

2. This affidavit is made in support of a complaint and arrest warrent for BUFORD O. FURROW ("FURROW") for violations of Title 18, Unites States Code, Sections 1114, murder of an employee of the United States Postal Service, and 922(g), felon in possession of a firearm.

<u>MURDER OF POSTAL CARRIER</u>

3. On August 10, 1999, I was contacted by Postal Inspection Service communications and informed that a Chatsworth Postal Carrier had been shot and killed while delivering mail at 9944 Valley Circle Boulevard in Chatsworth, California.

4. I then went to 9944 Valley Circle Boulevard. I observed that Postal Carrier Joseph Santos Ileto had been killed and was lying in the driveway of 9944 Valley Circle Boulevard. He was dressed in his full postal uniform and his clothing was covered with blood. His postal vehicle was parked in the street next to the mailbox at 9944 Valley Circle Boulevard. The mailbox was open and I observed mail in the mailbox. In the street and in

the dirt near the postal vehicle, I observed bullet shell casings.

5. In my presence, officers from the Los Angeles Police Department recovered nine shell casings, all 9 millimeter, from the scene.

6. Lisa Branson, Coroner Investigator, for the County of Los Angeles, arrived at the scene. Ms. Branson confirmed that Mr. Ileto was dead. I watched her open Mr. Ileto's postal shirt, and I saw four bullet holes to the chest area. Ms. Branson told me that there also appeared to be a bullet wound to the back of Mr. Ileto's head.

7. On August 10, 1999, Postal Inspector Doug Bingham told me that several firearms had been recovered in a 1999 Toyota Camry that had been located in the parking lot of the 7-Star Suites Hotel, 21603 Devonshire Street in Chatsworth. This motel is located directly across the street from the postal facility in Chatsworth where Mr. Ileto was employed. Inspector Bingham also told me that one of those firearms was a Glock Model 26 9mm handgun. Inspector Bingham also informed me that the Glock handgun had one bullet in the chamber and none in the magazine. Inspector Bingham further told me that the standard magazine for a Glock Model 26 9mm handgun contains ten rounds of ammunition. The nine shell casings found at the crime scene are consistent with the ammunition that would be used in the Glock Model 26 9mm handgun found in the Toyota Camry.

8. On August 11, 1999, Postal Inspector David Birch

informed me that he had interviewed witnesses who reported hearing shots fired at approximately 11:55 a.m. on August 10, 1999, and one witness who reported seeing Mr. Ileto fall in the driveway. None of the witnesses reported seeing an assailant.

9. On August 11, 1999, I spoke with Special Agent Richard A. Florence of the Federal Bureau of Investigation in Las Vegas, Nevada, who told me that on August 11, 1999, at approximately 8:55 a.m., FURROW turned himself in to the FBI office in Las Vegas. After being advised of and waiving his Miranda rights, FURROW made several statements including the following:

a. He stated that on August 10, 1999, he shot a postal carrier in Los Angeles, California ten times.

b. He stated that he was driving a new Toyota and happened to see a United States postal carrier standing on the street near a postal van. He stated that the postal worker was a good "target of opportunity" to kill because he was "non-white" and worked for the federal government. According to FURROW, the mail carrier appeared to be Hispanic or Asian.

c. He exited his car and approached the mail carrier. He was carrying a loaded Glock Model 26 in his back pocket. He asked if the mail carrier could mail a letter for him. When the mail carrier agreed, he pulled out the Glock and shot the mail

carrier two times.

d. He stated that the mail carrier bent over and attempted to run away. He then shot the mail carrier a few times in the back until he saw the mail carrier fall to the ground face down. At that point, he got back into the Toyota and drove away. He stated that he had the Glock with him when he got into the Toyota.

e. He parked the Toyota at a hotel in the Los Angeles area. He abandoned some of his possessions in the car and left on foot.

10. On August 11, 1999, I reviewed Mr. Ileto's personnel records and learned that he was born in the Phillippines. Based on my observations of Mr. Ileto at the crime scene, he appeared to be non-white and of Filipino ancestry.

11. On August 11, 1999, I spoke with Postal Inspector Robert Goodrich, who told me the following:

a. He was present at the autopsy of Mr. Ileto, which was conducted by Dr. Juan Carillo on August 11, 1999 at County U.S.C. Medical Center in Los Angeles.

b. Dr. Carillo determined that Mr. Ileto died from multiple gunshot wounds. Specifically, Mr. Ileto was shot nine times. Five of the shots were fatal. Some of the bullets entered the victim from the front and some entered from the back.

FELON IN POSSESSION

12. On August 11, 1999, I reviewed documents from the Superior Court of Washington for King County, which reflect that FURROW was convicted of assault in the second degree, in violation of RCW 9A.36.021(1)(C), in the Superior Court of Washington for King County, on May 21, 1999, case number 981009060SEA, a crime punishable by imprisonment for a term exceeding one year.

13. On August 11, 1999, I spoke with Special Agent James Black of the Bureau of Alcohol, Tobacco, and Firearms, who told me the following:

a. He personally saw the Glock Model 26 9mm handgun when it was recovered from the Toyota Camry. The serial number of that Glock handgun was BSM901. The magazine was empty when it was removed. The Glock Model 26 9mm handgun had one bullet in the chamber.

b. Based on his training and experience, Agent Black informed me that all Glock Model 26 9mm handguns have magazines that hold ten rounds and that all Glock firearms are manufactured in Austria.

CONCLUSION

14. Based on the foregoing information, I believe there is probable cause to believe that BUFORD O. FURROW violated Title 18, Unites States Code, Sections 1114, murder of an employee of the United States Postal Service, and 922(g), felon in possession of a firearm.

Michael P. Delaney
MICHAEL P. DELANEY
United States Postal Inspector

Subscribed and sworn to before me
on this 11 day of August, 1999.

Carolyn Turchin
UNITED STATES MAGISTRATE JUDGE