FILED
AUG 19 11 28 AM '99
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 1998 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BUFORD O'NEAL FURROW, JR., Defendant. | CR 99-838 |
| | **I N D I C T M E N T** |
| | [18 U.S.C. § 1114: Murder of an Employee of the United States; 18 U.S.C. §§ 924(c), (j): Use of a Firearm During a Crime of Violence; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1114]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., with malice aforethought, did unlawfully, willfully, deliberately, maliciously, and with premeditation kill Joseph Santos Ileto, a United States Postal Carrier, while Mr. Ileto was engaged in the performance of his official duties, which killing was a murder as defined in Title 18, United States Code, Section 1111.

MT:mt

ENTERED ON ICMS
AUG 20 1999

11

COUNT TWO

[18 U.S.C. §§ 924(c),(j)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., used and carried a firearm, namely a Glock model 26 9mm handgun, serial number BSM901, during and in relation to, and possessed that firearm in furtherance of a crime of violence, namely, the murder of Joseph Santos Ileto, a United States Postal Carrier, while Mr. Ileto was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 1114, as charged in Count One of this indictment, and in the course of said violation, caused the death of Mr. Ileto through the discharge of said firearm in circumstances constituting murder as defined in Title 18, United States Code, Section 1111.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, assault in the second degree, in violation of the Revised Code of Washington 9A.36.021(1)(c) in the Superior Court of Washington for King County on or about May 21, 1999, knowingly possessed a firearm, namely, a Glock model 26 9mm handgun, serial number BSM901, in and affecting commerce.

A TRUE BILL

______________________________
Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney

George S Cardona

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Criminal Division

SALLY L. MELOCH
Assistant United States Attorney
Chief, Major Crimes Section

MICHAEL J. GENNACO
Assistant United States Attorney
Chief, Civil Rights Section