CC to RAP

FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 1999
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTER ON ICMS
DEC - 6 1999

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 1998 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BUFORD O'NEAL FURROW, JR., aka Neal Furrow, Defendant. | CR 99-838(A)-RAP<br>FIRST SUPERSEDING INDICTMENT<br>[18 U.S.C. § 1114: Murder of an Employee of the United States; 18 U.S.C. §§ 245(b)(4)(A), (b)(2)(F): Interference with Federally Protected Rights; 18 U.S.C. §§ 924(c), (j): Use of a Firearm During a Crime of Violence; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms; 18 U.S.C. § 922(o)(1): Unlawful Possession of a Machinegun; 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1114]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, with malice aforethought, did

MT:mt

51

unlawfully, willfully, deliberately, maliciously, and with premeditation kill Joseph Santos Ileto, a United States Postal Carrier, while Joseph Santos Ileto was engaged in, and on account of, the performance of his official duties, by shooting him with a firearm, which killing was a murder as defined in Title 18, United States Code, Section 1111.

COUNT TWO

[18 U.S.C. §§ 924(c),(j)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Glock model 26 9mm handgun, serial number BSM901, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the murder of Joseph Santos Ileto, a United States Postal Carrier, while Joseph Santos Ileto was engaged in, and on account of, the performance of his official duties, in violation of Title 18, United States Code, Section 1114, as charged in Count One of this indictment. In the course of said violation, defendant BUFORD O'NEAL FURROW, JR., caused the death of Joseph Santos Ileto through the use and discharge of said firearm in circumstances constituting murder as defined in Title 18, United States Code, Section 1111, in that defendant BUFORD O'NEAL FURROW, JR., with malice aforethought, did unlawfully kill Joseph Santos Ileto by shooting him with said firearm willfully, deliberately, maliciously, and with premeditation.

COUNT THREE

[18 U.S.C. § 245(b)(4)(A)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with Joseph Santos Ileto by shooting him with a firearm, because Joseph Santos Ileto had been participating without discrimination on account of race, color, religion or national origin in the enjoyment of employment by an agency of the United States, and in order to intimidate Joseph Santos Ileto and other non-white persons from participating in such employment without discrimination.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., Joseph Santos Ileto's death resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT FOUR

[18 U.S.C. § 245(b)(2)(F)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with Isabelle Shalometh, and attempt to do so, by shooting her with a firearm, because of Isabelle Shalometh's religion and because she was and had been enjoying the goods, services, facilities, privileges and advantages of the North Valley Jewish Community Center, a place of exhibition and entertainment which serves the public.

Furthermore, defendant BUFORD O'NEAL FURROW, JR. committed these acts in an attempt to kill Isabelle Shalometh.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., bodily injury to Isabelle Shalometh resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT FIVE

[18 U.S.C. § 245(b)(2)(F)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with Jane Doe, a juvenile, and attempt to do so, by shooting her with a firearm, because of Jane Doe's religion and because she was and had been enjoying the goods, services, facilities, privileges and advantages of the North Valley Jewish Community Center, a place of exhibition and entertainment which serves the public.

Furthermore, defendant BUFORD O'NEAL FURROW, JR. committed these acts in an attempt to kill Jane Doe.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., bodily injury to Jane Doe resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT SIX

[18 U.S.C. § 245(b)(2)(F)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with John Doe 1, a juvenile, and attempt to do so, by shooting him with a firearm, because of John Doe 1's religion and because he was and had been enjoying the goods, services, facilities, privileges and advantages of the North Valley Jewish Community Center, a place of exhibition and entertainment which serves the public.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., bodily injury to John Doe 1 resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT SEVEN

[18 U.S.C. § 245(b)(2)(F)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with John Doe 2, a juvenile, and attempt to do so, by shooting him with a firearm, because of John Doe 2's religion and because he was and had been enjoying the goods, services, facilities, privileges and advantages of the North Valley Jewish Community Center, a place of exhibition and entertainment which serves the public.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., bodily injury to John Doe 2 resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT EIGHT

[18 U.S.C. § 245(b)(2)(F)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, did knowingly, willfully, and unlawfully, by force and threat of force, injure, intimidate and interfere with John Doe 3, a juvenile, and attempt to do so, by shooting him with a firearm, because of John Doe 3's religion and because he was and had been enjoying the goods, services, facilities, privileges and advantages of the North Valley Jewish Community Center, a place of exhibition and entertainment which serves the public.

Furthermore, in the commission of these acts by defendant BUFORD O'NEAL FURROW, JR., bodily injury to John Doe 3 resulted therefrom, and defendant BUFORD O'NEAL FURROW, JR. used a dangerous weapon.

COUNT NINE

[18 U.S.C. § 922(g)(1)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, assault in the second degree, in violation of the Revised Code of Washington 9A.36.021(1)(c), in the Superior Court of Washington for King County on or about May 21, 1999, knowingly possessed a firearm in and affecting commerce, namely:

1. a Glock model 26, 9mm handgun, serial number BSM901;
2. a Norinco model 320, 9mm short-barreled rifle, serial number MS00211;
3. a Maadi model RML, 7.62 caliber automatic rifle, serial number ES03629;
4. a Bushmaster model XM15-E2S, .223 caliber rifle, serial number L073427;
5. an Imbel model L1A1, .308 caliber rifle, serial number 119013;
6. an Imbel model L1A1, .308 caliber rifle, serial number 119669; and
7. a Davis Industries model D-22, .22 caliber handgun, serial number 395409.

COUNT TEN

[18 U.S.C. § 924(c)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Norinco model 320, 9mm short-barreled rifle, serial number MS00211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the interference with the federally protected rights of Isabelle Shalometh, in violation of Title 18, United States Code, Section 245(b)(2)(F), as charged in Count Four of this indictment, and, in so doing, discharged said firearm.

COUNT ELEVEN

[18 U.S.C. § 924(c)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Norinco model 320, 9mm short-barreled rifle, serial number MS00211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the interference with the federally protected rights of Jane Doe, in violation of Title 18, United States Code, Section 245(b)(2)(F), as charged in Count Five of this indictment, and, in so doing, discharged said firearm.

COUNT TWELVE

[18 U.S.C. § 924(c)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Norinco model 320, 9mm short-barreled rifle, serial number MS00211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the interference with the federally protected rights of John Doe 1, in violation of Title 18, United States Code, Section 245(b)(2)(F), as charged in Count Six of this indictment, and, in so doing, discharged said firearm.

COUNT THIRTEEN

[18 U.S.C. § 924(c)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Norinco model 320, 9mm short-barreled rifle, serial number MS00211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the interference with the federally protected rights of John Doe 2, in violation of Title 18, United States Code, Section 245(b)(2)(F), as charged in Count Seven of this indictment, and, in so doing, discharged said firearm.

COUNT FOURTEEN

[18 U.S.C. § 924(c)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly used and carried a firearm, namely a Norinco model 320, 9mm short-barreled rifle, serial number MS00211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, the interference with the federally protected rights of John Doe 3, in violation of Title 18, United States Code, Section 245(b)(2)(F), as charged in Count Eight of this indictment, and, in so doing, discharged said firearm.

COUNT FIFTEEN

[18 U.S.C. § 922(o)(1)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly and unlawfully possessed a machinegun, namely, a Maadi model RML, 7.62 caliber rifle, converted to be a fully automatic firearm, serial number ES03629.

COUNT SIXTEEN

[26 U.S.C. § 5861(d)]

On or about August 10, 1999, in Los Angeles County, within the Central District of California, defendant BUFORD O'NEAL FURROW, JR., aka Neal Furrow, knowingly possessed a Norinco model 320, 9mm rifle, modified to have a barrel of less than 16 inches in length, serial number MS00211, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

A TRUE BILL

Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney

BILL LANN LEE
Acting Asst. Attorney General
Civil Rights Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Criminal Division

SALLY L. MELOCH
Assistant United States Attorney
Chief, Major Crimes Section

MICHAEL J. GENNACO
Assistant United States Attorney
Chief, Civil Rights Section

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BUFORD O. FURROW, JR. | CR: 99- |

CERTIFICATE OF THE ACTING ASSOCIATE ATTORNEY GENERAL

I, Daniel Marcus, hereby certify that in my judgment, prosecution by the United States of Buford O. Furrow, Jr., for six violations of Title 18, United States Code, Section 245 (b)(2)(C), (F) and (b)(4)(A), is in the public interest and necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245(a)(1).

Signed the 30th day of November, 1999.

DANIEL MARCUS
Acting Associate Attorney General